**FILED**

NOV 19 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-119-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JEFFERY MARSHALL, | |
| Defendant. | |

The Court has reviewed the Motion for Reduction and/or Modification of His Previously Imposed Term of Imprisonment filed on November 18, 2014, as directed by Paragraph 7 of Standing Order DLC-21 and has determined the Defendant is clearly ineligible for reduction of sentence.

ORDERED:

Defendant's Motion for Reduction and/or Modification of His Previously Imposed Term of Imprisonment[1] is DENIED.

DATED this 19th day of November, 2014.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 63.